|  |  |  |
|---|---|---|
| 12/7/10 | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | CLERK U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>DEC - 7 2010 |

In re  
  **Gary Wesley Fields**  ) Case No. **10-66044-aer13**  
                              ) CHAPTER 13 CONFIRMATION LODGED_____REC'D_____  
Debtor(s)                    ) WORKSHEET         PAID_____DOCKETED__

Present: Debtor ( ) Jt. Debtor ( ) Attorney (✓)  

Trustee: **Fred Long** Paul Garrick  
Attorney: **RICK A HARDER** Kim Covington  
Conf. Hrg Date/Time: **12/07/2010 09:30 AM**

**Evidentiary Hearing:**   [ ] Yes  [✓] No

**Trustee:**      _____ Recommends confirmation/confirmation as amended/modified plan/dismissal  
                ✓ Reports plan payments are/are not current  
                _____ Trustee Objection Resolved/Withdrawn

**Dismiss for:**   _____ No Preconfirmation Payments/Regular Plan Payments Received by Trustee  
                _____ Trustee Obj. (Failure to file requested docs)  
                _____ Other _____

**Conf/Wage Order Needed:**   _____ Fee Reduction of _____

**Order Denying Conf.**   **Current Plan Date:**_____  
_____ Plan not feasible/Unable to comply      _____ Days to bring payments current  
_____ Days to file amended plan                _____ Days to file requested documents with trustee  
_____ Days to file tax returns                    _____ Days to file amended Schedules

**Adjourned Conf. Hrg:**   ✓ Adj'd conf./evidentiary hrg. date: _____  
                                ✓ Adj'd conf. hrg. can be canceled if obj. is withdrawn  
                                _____ Confirmation denied/granted

**NOTES:**

PG: The trustee's objection is partially resolved. The debtor submitted some amended schedules and the trustee requests more time to review them. KC: The debtor agrees.

CT: The matter is continued for a further hearing.

_____  
Deputy Clerk